Filed 5/5/21  P. v. Perry CA4/1

# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

|  |  |
|---|---|
| THE PEOPLE, | D078509 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCD275494) |
| DEVONTE J. PERRY, | |
| Defendant and Appellant. | |

APPEAL from an order of the Superior Court of San Diego County, Theodore M. Weathers, Judge.  Affirmed.

Mary Woodward Wells, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In April 2019, Devonte J. Perry entered into a plea agreement with a stipulated sentence.  Perry pleaded guilty to robbery (Pen. Code,[1] § 211) and attempted murder (§§ 187, subd. (a) & 666).  Perry admitted he personally discharged a firearm (§ 12022.53, subd. (c)) and inflicted great bodily injury

---

1      All further statutory references are to the Penal Code.

(§ 12022.7, subd. (a)). The parties stipulated to a sentence of 34 years four months in prison. The remaining charges and allegations were dismissed.

In June 2019, Perry was sentenced in accordance with the plea agreement.

In November 2020, Perry filed a pro. per. petition for writ of error *corum nobis* attacking the stipulated sentence. The trial court denied the petition finding the petition presented "no factual claims that suggest judgment should not have been rendered in the agreed-upon manner."

Perry filed a notice of appeal and requested a certificate of probable cause. The court denied the request for a certificate of probable cause.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to review the record for error as mandated by *Wende*. We offered Perry the opportunity to file his own brief on appeal, but he has not responded.

## STATEMENT OF FACTS

In his change of plea, Perry stated he took personal property from another by means of force and used a firearm. He admitted that on a different occasion he attempted to murder a human being using a firearm.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error. To assist the court in its review and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified the following possible issues that were considered in evaluating the potential merits of this appeal:

1. Whether the court abused its discretion in denying the petition.

2.  Whether Perry established some facts existed which, without his fault, were not presented to the court prior to his plea.

3.  Whether the new evidence was not related to the merits of his case.

4.  Whether Perry could have discovered the new evidence sooner than he did.

5.  Whether such evidence, if presented prior to the plea, would have prevented rendition of the judgment.

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Perry on this appeal.

## DISPOSITION

The order denying Perry's petition for writ of error *corum nobis* is affirmed.

HUFFMAN, Acting P. J.

WE CONCUR:

HALLER, J.

GUERRERO, J.

3